UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES WALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 1:12-CV-00118 |
| v. | ) JUDGE HAYNES |
| | ) |
| ENOCH GEORGE, sheriff of Maury | ) |
| County and LT. DEBRA | ) |
| WAGONSHULTZ, FLOYD SEALEY, | ) |
| MAURY REGIONAL MEDICAL | ) |
| CENTER, LLC, ABL MANAGEMENT, | ) |
| INC. and JANELLA POTTER, | ) |
| | ) |
| Defendants | ) |

## ~~PROPOSED~~ MODIFIED CASE MANAGEMENT ORDER

The Court hereby Orders as follows:

For case management and discovery purposes, the above styled matter shall be consolidated with the matters of *Germontric Driver v. Enoch George, et al.*, Docket No.: 1:12-cv-54, *Larry McGuire v. Enoch George, et al.*, Docket No.: 1:12-cv-82, and *Justin Mack McKennon, et al v. Enoch George, et al.*, Docket No.: 1:12-cv-95, *Brandon Frazier v. Enoch George, et al.*, Docket No. 1:12-cv-128, *Chad Allen Martin v. Enoch George*, Docket No.: 1:12-cv-170 (collectively the "Related Cases").

Pursuant to the Defendants' Joint Motion to Amend Initial Case Management Order and pursuant to Local Rule 16.01(d)(4), the Court hereby adopts the language and deadline dates of the Orders entered on September 30, 2013 except as follows:

EXHIBIT 1

1

1. For the matters of *Brandon Frazier v. Enoch George, et al.*, Docket No. 1:12-cv-128 and *Chad Allen Martin v. Enoch George*, Docket No.: 1:12-cv-170 only, the parties shall make their Rule 26(a)(1)(A) through (E) disclosures by **March 3, 2014**.

2. All discovery shall be completed by **May 1, 2014**.

3. All written discovery shall be submitted in sufficient time so that the response shall be in hand by **April 1, 2014**.

4. All discovery related statements shall be filed by the close of business on **May 8, 2014**.

5. By the close of business on ~~May~~ *April 29th* 15, 2014, the plaintiffs shall declare to the defendants (<u>not</u> to file with the Court) the identity of their expert witnesses and provide all information specified in Rule 26(a)(2)(B).

6. By the close of business on ~~June~~ *May 29th* 16, 2014, the defendants shall declare to the plaintiffs (<u>not</u> to file with the Court) the identity of their expert witnesses and provide all information specified in Rule 26(a)(2)(B).

7. By the close of business on **June 30, 2014**, the parties shall file any supplements to expert reports.

8. ~~All~~ *June* dispositive motions and <u>Daubert</u> motions shall be filed by the close of business on ~~July~~ *June* 14, 2014, and any response thereto shall be filed by the close of business on ~~August~~ *July* 15, 2014. Any reply shall be filed by the close of business on ~~August~~ *July* 29, 2014.

9. The final pretrial conference in this action and the other Related Cases shall be held on *September 22, 2014 at 4:00 pm*. All proposed pretrial orders shall be submitted at the pretrial conferences. All jury instructions, verdict forms, witness lists, exhibit lists, stipulations, and motions in limine shall also be submitted at the pretrial conferences.

10. By the close of business on *September 19, 2014*, the parties shall file all pretrial briefs.

11. The trials of these matters are separately set before *a single jury* ~~different juries~~ on *October 7, 2014* ~~beginning at~~ *9:00 am* ~~with each case expected to take two (2) days.~~ *2 days.*

It is so **ORDERED. ENTERED** this the *1st* day of *July*, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge

2