UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES WALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:12-cv-00118 |
| | ) | JUDGE HAYNES |
| ENOCH GEORGE, sheriff of Maury | ) | JURY DEMAND |
| County, LT. DEBRA WAGONSHUTZ, | ) | |
| FLOYD SEALEY, a nurse, MAURY | ) | |
| REGIONAL MEDICAL CENTER, LLC, | ) | |
| ABL MANAGEMENT, INC., and | ) | |
| GENELLA POTTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

*[Handwritten note: Denied. This motion is granted. The number of requests is excessive. J.[?] 4-3-14]*

## MOTION TO SUSTAIN PLAINTIFF'S OBJECTION TO REQUESTS FOR ADMISSIONS OR IN ALTERNATIVE TO ENLARGE THE TIME FOR PLAINTIFF TO RESPOND

Comes now the Plaintiff, James Wall ("this Plaintiff") and moves the Court to sustain his objection to the Defendants ABL Management, Inc. and Genella Potter's ("these Defendants") Requests for Admissions. This case is consolidated for discovery purposes with the cases of *Germontric Driver v. George, et al. 1:12-cv-54*, *Justin McKennon and Andre Stephens v. George, et al. 1:12-cv-95*, *Larry McGuire v. George et al. 1:12-cv-82*, *Brandon Frazier v. George, et al. 1:12-cv-128*, and *Chad Martin v. Enoch George et al. 1:12-cv-170*.

These Requests for Admissions were mailed to this Plaintiff on March 11, 2014. The deadline for written requests in the case management order is 20 days, and the deadline for written discovery is March 31, 2014.

These Defendants submitted a total of 760 requests for admission for the six consolidated cases, comprising a total of approximately 182 pages. A copy of the Requests submitted to this Plaintiff is attached in their respective cases.

1