IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | |
|---|---|
| JAMES WALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-00118 |
| ) | JUDGE HAYNES |
| ENOCH GEORGE, sheriff of Maury ) | JURY DEMAND |
| County, LT. DEBRA WAGONSHUTZ, ) | |
| FLOYD SEALEY, a nurse, MAURY ) | |
| REGIONAL MEDICAL CENTER, LLC, ) | |
| ABL MANAGEMENT, INC., and ) | |
| GENELLA POTTER, ) | |
| ) | |
| Defendants. ) | |

*ORDER*
*This motion is*
*GRANTED*
*[signature]*
*4-3-14*

MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S
RESPONSE TO DEFENDANTS ABL MANAGEMENT, INC. AND
GENELLA POTTER'S MOTION TO COMPEL WRITTEN DISCOVERY

Come now Defendants ABL Management, Inc. and Genella Potter, , by and through counsel, and pursuant to United States District Court, Middle District LOCAL RULE 7.01(d), request leave of this Court to file a reply to Plaintiff's Response to Defendants ABL Management, Inc. and Genella Potter's Motion to Compel Written Discovery. Defendants filed their Motion to Compel Written Discovery as Document Entry # 77. Plaintiff's Response was filed as Document Entry # 80. As grounds for this Motion, Defendants states that Plaintiff's Response contained information that should be addressed to this Court in support of Defendants' Motion to Compel Written Discovery.

WHEREFORE, Defendants ABL Management, Inc. and Genella Potter move that this Court grant them leave to file the proposed Reply to Plaintiff's Response to Defendants ABL Management, Inc. and Genella Potter's Motion to Compel Written Discovery. A proposed Reply is filed

1