IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | |
|---|---|
| JAMES WALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-00118 |
| ) | JUDGE HAYNES |
| ENOCH GEORGE, sheriff of Maury ) | JURY DEMAND |
| County, LT. DEBRA WAGONSHUTZ, ) | |
| FLOYD SEALEY, a nurse, MAURY ) | |
| REGIONAL MEDICAL CENTER, LLC, ) | |
| ABL MANAGEMENT, INC., and ) | |
| GENELLA POTTER, ) | |
| ) | |
| Defendants. ) | |

[Handwritten annotation: Upon review of the parties' filings on this motion, this motion is DENIED for the reasons stated in Plaintiff's response. (Dkt. No. 80)]

## DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S MOTION TO COMPEL WRITTEN DISCOVERY

[Handwritten: signature] 4-4-14

Come now Defendants ABL Management, Inc. and Genella Potter, (hereinafter "Defendants"), by and through counsel, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 37(a), and move the Court to compel Plaintiff to respond to Defendants' Second Set of Interrogatories. In support of this Motion, Defendants rely upon the Second Set of Written Discovery propounded by Defendants to Plaintiff on February 20, 2014, attached hereto as **Exhibit 1**; the March 18, 2014 letter from Paul Brewer to Gene Hallworth, attached hereto as **Exhibit 2**; and the Memorandum of Law and Statement Certifying Good Faith Effort to Resolve Discovery Dispute which are filed contemporaneously herewith and incorporated herein by reference.

**WHEREFORE**, Defendants request that this Court compel Plaintiff to respond fully to the Interrogatories within ten (10) days of the Court granting this Motion.

1