IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT COLUMBIA

| | |
|---|---|
| JAMES WALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-00118 |
| ) | JUDGE HAYNES |
| ENOCH GEORGE, sheriff of Maury ) | JURY DEMAND |
| County, LT. DEBRA WAGONSHUTZ, ) | |
| FLOYD SEALEY, a nurse, MAURY ) | |
| REGIONAL MEDICAL CENTER, LLC, ) | |
| ABL MANAGEMENT, INC., and ) | |
| GENELLA POTTER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

*[Handwritten annotation: For the reasons stated in the Order dated 5-16-14 in Case No. 1:'12 cv 128, this motion is GRANTED, but the Order is REAFFIRMED. /s/ [Judge signature] 5-16-14]*

**DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S
MOTION TO RECONSIDER ORDER GRANTING PLAINTIFF'S MOTION
TO SUSTAIN PLAINTIFF'S OBJECTION TO REQUEST FOR ADMISSION OR
IN ALTERNATIVE TO ENLARGE THE TIME FOR PLAINTIFF TO RESPOND**

Come now Defendants ABL Management, Inc. and Genella Potter (hereinafter "Defendants"), by and through counsel, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 36 and LOCAL RULE 7.01(b), and hereby move this Court to reconsider its Order granting Plaintiff's Motion to Sustain Plaintiff's Objection to Request for Admission or in Alternative to Enlarge Time for Plaintiff to Respond. In support of their Motion to Reconsider, Defendants state as follows:

**PERTINENT PROCEDURAL HISTORY**

This Court, by Order, has reduced the response time for written discovery, including Requests for Admission, to twenty (20) days. This Court also ordered that the written discovery deadline is April 1, 2014. On March 11, 2014, counsel for these Defendants mailed and