IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JAMES WALL, )
 )
    Plaintiff, )
 )
 ) Case No. 1:12-0118
v. ) Chief Judge Haynes
 )
ENOCH GEORGE, Sheriff of Maury County, )
and LT. DEBRA WAGONSHULTZ, )
FLOYD SEALEY, MAURY REGIONAL )
MEDICAL CENTER, LLC, ABL )
MANAGEMENT, INC., and JANELLA )
POTTER, )
 )
    Defendants. )

## ORDER

Before the Court is the Defendants' joint motion to further amend revised case management order and set trial date (Docket Entry No. 105) that upon review is **GRANTED**, in part and **DENIED**, in part. The revised case management order is as follows:

    1. By the close of business on **June 30, 2014,** the plaintiffs shall declare to the defendants (not to file with the Court) the identity of their expert witnesses and provide all information specified in Rule 26(a)(2)(B).

    2. By the close of business on **July 30, 2014,** the defendants shall declare to the plaintiffs (not to file with the Court) the identity of its expert witnesses and provide all information specified in Rule 26(a)(2)(B).

    3. By the close of business on **August 15, 2014,** the parties shall file any supplements to expert reports.

    4. All dispositive motions and <u>Daubert</u> motions shall be filed by the close of business on **August 22, 2014,** and any response thereto shall be filed by the close of business on **September 15, 2014.** There shall not be any replies.

    5. The final pretrial conference in this action and the other Related Cases shall be

1

held on **September 22, 2014 at 4:00 p.m.** All proposed pretrial orders shall be submitted at the pretrial conferences. All jury instructions, verdict forms, witness lists, exhibit lists, stipulations, and motions in limine shall also be submitted at the pretrial conference.2

6. By the close of business on **September 19, 2014**, the parties shall file all pretrial briefs.

7. The trials of all Related Cases shall commence on **October 7, 2014 at 9:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the 18th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court

2