IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JAMES WALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:12-00118 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| ENOCH GEORGE, Sheriff of Maury | ) | |
| County, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Plaintiff's Motion to Transport Plaintiff to Trial (Docket Entry No. 142). This motion is **GRANTED**. The custodian of Plaintiff shall transport Plaintiff for each day of trial until the trial is concluded.

It is so **ORDERED**.

**ENTERED** this the ___ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court